IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**LEIGH ANN WATKINS,**

    **Plaintiff,**

vs.

**METROPOLITAN LIFE INSURANCE COMPANY,**

    **Defendant.**

**Case No.: 3:23-cv-01348**
**Chief Judge Waverly Crenshaw, Jr.**
**Magistrate Judge Jeffery S. Frensley**

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY

    Plaintiff Leigh Ann Watkins and Defendant Metropolitan Life Insurance Company, by and through their respective undersigned counsel, hereby notify the Court that on October 23, 2024 the parties reached a settlement in principle in this matter. The parties anticipate that they will be able to file a joint stipulation of dismissal within thirty (30) days of the filing of this notice, and the parties respectfully request that the Court stay the remaining deadlines for thirty (30) days, pending the finalization of the release and settlement agreement.

    WHEREFORE, the Parties respectfully notify the Court that they have reached a settlement in principle and request that the Court enter an order staying the deadlines in the case for thirty (30) days.

    Dated this 24th day of October, 2024.

1

Respectfully Submitted,

**CODY ALLISON & ASSOCIATES, PLLC**

/s/ *Andrew M. Hickman*
K. Cody Allison, BPR No. 020623
Andrew M. Hickman, BPR No. 037331
Cavalier Building
95 White Bridge Road, Suite 250
Nashville, TN 37205
Telephone: (615) 234-6000
Fax: (615) 727-0175
cody@codyallison.com
drew@codyallison.com
*Attorneys for Plaintiff*


**MAYNARD NEXSEN, P.C.**

*/s/ William B. Walheim, Jr. (w/ permiss. AMH)*
William B. Wahlheim, Jr. (BPR #31582)
1901 Sixth Avenue North
Suite 1700
Birmingham, AL 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
wwahlheim@maynardnexsen.com
*Attorney for Defendant*


### CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October 2024, it is anticipated that a true and exact copy of the foregoing will be served via the Court's CM/ECF system on:

William B. Wahlheim, Jr., Esq.
MAYNARD NEXSEN, P.C.
1901 Sixth Avenue North
Suite 1700
Birmingham, AL 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
wwahlheim@maynardnexsen.com

/s/ *Andrew M. Hickman*
Andrew M. Hickman

2