UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| LEIGH ANN WATKINS, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | NO. 3:23-cv-01348 |
|  | ) |  |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

The parties have filed a Stipulation of Dismissal with Prejudice (Doc. No. 17). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE